STATE of Missouri, Respondent,

v.

Jeffrey C. BOATMAN, Appellant.

No. WD 75347.

Missouri Court of Appeals,
Western District.

July 9, 2013.

Mary Moore, Jefferson City, MO, for Respondent.

Samuel Buffaloe, Columbia, MO, for Appellant.

Before ALOK AHUJA, P.J., KAREN KING MITCHELL, and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM.

Jeffrey C. Boatman appeals from a judgment entered upon a jury verdict convicting him of burglary in the second degree. We affirm. Rule 30.25(b).